UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY COONS, | No. 2:19-cv-1497-TLN-EFB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| LEACH, | |
| Defendant. | |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a document entitled "Motion: Con[d]uct Discovery." ECF No. 33. He states he need various forms, camera footage, medical records, and witness information. *Id.* Plaintiff must, however, serve his interrogatories, requests for admissions, and/or requests for production on defense counsel rather than filing them with the court.[1] *See* E.D. Cal. Local Rules 250.2-250.4. If the response provided to plaintiff is insufficient, plaintiff may then file a motion to compel with the court.[2]

    Plaintiff also seeks appointment of counsel. ECF No. 32. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States*

---

[1] Pursuant to the court's discovery and scheduling order (ECF No. 30), written requests for discovery must be served no later than September 11, 2020.

[2] Motions to compel must be filed no later than November 13, 2020. ECF No. 30 at 4.

1

*Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request an attorney to voluntarily to represent such a plaintiff.  *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  When determining whether "exceptional circumstances" exist, the court must consider the likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved.  *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).  Having considered those factors, the court finds there are no exceptional circumstances in this case.

Accordingly, it is ORDERED that

1. Plaintiff's "Motion: Con[d]uct Discovery" (ECF No. 33) is DENIED; and
2. Plaintiff's request for appointment of counsel (ECF No. 32) is DENIED without prejudice.

DATED:  June 18, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE